UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
USA

                Plaintiff,

- against -

IRVIN BROWN, ET. AL.

                Defendants.
-----------------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 06 2009 ★

BROOKLYN OFFICE

**Order**

04 Cr. 558 (JG)

Upon the application of counsel for the defendant, Irvin Brown, and upon the consent of the Government, by AUSA Richard Faugnan, Esq.,

IT IS HEREBY ORDERED:

That the bail conditions for the defendant, Irvin Brown, are modified as follows: The defendant's bail shall remain secured solely by his own home. The property posted by Malka and Jacob Luger shall be removed from the defendant's bond but the Luger's shall remain on the bond as sureters. All other conditions shall remain the same.

                                        SO ORDERED:
                                        s/John Gleeson   5-4-07
                                        Hon. John Gleeson

# BACHNER & ASSOCIATES, P.C.
### ATTORNEYS AT LAW
26 BROADWAY
SUITE 2310
NEW YORK, NEW YORK 10004

TELEPHONE: (212) 344-7778
FACSIMILE: (212) 344-7774
www.bhlawfirm.com

MICHAEL F. BACHNER*
DANIELLE L. ATTIAS
KEVIN T. O'BRIEN

*ALSO ADMITTED IN NJ

NEW JERSEY OFFICE
175 FAIRFIELD AVENUE
SUITE 3D
WEST CALDWELL, N.J. 07006
TEL: (973) 403-9550

April 4, 2007

**VIA FACSIMILE**
**TO BE FILED UNDER SEAL**
Hon. John Gleeson
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 06 2009 ★
BROOKLYN OFFICE

Re: **USA v. Jacobowitz (Irvin Brown) /04 cr. 558 (JG)**

Dear Judge Gleeson:

My office represents Irvin Brown. I am writing with the consent of the Government to respectfully request that Mr. Brown's bail conditions, as set forth below, be modified.

Mr. Brown was released on a $2 million bond secured by his home and the home of his cousin, Malka Luger (owned jointly with her husband, Jacob Luger). Mr. Brown's home, I am informed, has equity in excess of $600,000.00. The Lugers have requested, for personal financial reasons, that their home, with equity of approximately $400,000, be removed from the bond. The Lugers, however, have agreed to remain as sureters on the bond. Given Mr. Brown's status in this case as a cooperating defendant, and his exemplary record of appearing where and when required, I request that his bail conditions be modified so that his bail is secured by his own home and that all other provisions remain the same. Finally, I respectfully request that this letter be filed under seal and not recorded on the docket sheet so as to avoid electronic notification to counsel for the co-defendants.

I have attached a proposed Order for Your Honor's consideration.

Respectfully submitted,

Michael Bachner

MFB/jl
cc: AUSA Richard Faugnan